**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RENE TIO,<br><br>on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>       v.<br><br>NORDVPN S.A., AND TEFINCOM S.A. D/B/A NORDVPN,<br><br>              Defendants. | Civil Case No. 1:25-cv-13374-ADB |

### DECLARATION OF SARA HAVEN IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING TO STAY PROCEEDINGS PENDING SETTLEMENT

I, Sara Haven, declare as follows:

1.      I am counsel of record for Defendants NordVPN S.A. and Tefincom S.A. d/b/a NordVPN in the above-captioned action. I submit this Declaration in support of the Parties' Joint Stipulation to Stay Proceedings Pending Settlement. I have personal knowledge of the facts set forth herein.

2.      The Parties participated in a full-day mediation before Marc Isserles, Esq. on April 14, 2026, and on that date reached an agreement in principle to resolve this matter on a class-wide basis. Counsel for the Parties have conferred regarding the relief requested in the Joint Stipulation.

3.      The Parties require approximately ninety (90) days to finalize the settlement agreement and prepare the supporting materials necessary for a motion for preliminary approval.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Charlottesville, Virginia on April 28, 2026.


                                          /s/ Sara Haven
                                          Sara Haven

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was electronically filed with the Clerk of Court on

April 28, 2026 through the CM/ECF system, which will serve notice on all counsel of record.


  /s/ Sara Haven           
Sara Haven